# Fairfax County Circuit Court
# CPAN Cover Sheet v2.0

**Instruments**
  ASSIGNMENT OF TRUST

**Grantor(s)**
  PNC BANK, NATIONAL ASSOCIATION_F_N, NATIONAL CITY MORTGAGE CO_F_N

**Grantee(s)**
  GREEN TREE SERVICING LLC_F_N

| Consideration | | Consideration % | 100 | |
|---|---|---|---|---|
| Tax Exemption | | Amount Not Taxed | | |
| DEM Number | | Tax Map Number | 048-2- -33-00-0403- | |
| Original Book | 19299 | Original Page | 1623 | |
| Title Company | | | Title Case | 11351241 |
| Property Descr. | | | | |
| Certified | No | Copies | 0 | Page Range | |



GTS L#▮▮▮▮▮▮▮▮
Investor #: 1703918994
Effective Date 11/01/2009

RPC 048-2-33-0403

## NOTICE OF CORPORATE ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, PNC BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER National City Mortgage a Division of National City Bank, WHOSE ADDRESS IS 3232 Newmark Drive, Miamisburg, OH 45342, (ASSIGNOR), (GRANTOR) by these presents does convey, grant, sell, assign, transfer and set over the described deed of trust together with the certain note(s) described therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to GREEN TREE SERVICING LLC, WHOSE ADDRESS IS 7360 S KYRENE RD, T325, TEMPE, AZ 85283, ITS SUCCESSORS OR ASSIGNS, (ASSIGNEE) Said Deed dated 04/27/2007 made by SANDRA WATERS-LEVY to R. BRIAN BALL AND PAUL S. BLILEY trustee, and recorded in Book 19299, Page 1623 Doc# 2007012593.010 in the amount:$385,600.00 in the office of the Recorder of (Town/City) VIENNA county of FAIRFAX, Virginia.

GIVEN under my hand this 22nd day of February in the year 2010
PNC BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER National City Mortgage a Division of National City Bank

By: _____, Noteholder
VILMA CASTRO
VICE PRESIDENT

STATE OF FLORIDA
COUNTY OF PINELLAS

The forgoing instrument was acknowleged before me by VILMA CASTRO, personally known to me to be the VICE PRESIDENT of PNC BANK, NATIONAL ASSOCIATION SUCCESSOR BY MERGER National City Mortgage a Division of National City Bank, a corporation, on behalf of said corporation.
Subscribed and sworn to before me this 22nd day of February in the year 2010

_____
CHRISTOPHER JONES    Notary Public
My commission expires: 08/03/2012
Commission # _____

> Christopher Jones
> Notary Public, State of Florida
> Commission # DD 811078
> Expires August 03, 2012
> Bonded Through National Notary Assn.

Prepared By: Jessica Fretwell/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

When Recorded Return to:
Green Tree Servicing LLC
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

GTSGA 11351241 CJ2449040

*11351241*

Grantor: PNC BANK, NATION
DateTime: 03/26/2010 10:13:01
Book/Page: 20971/1906
Recorded in FAIRFAX CIRCUIT COURT
TESTE: JOHN T. FREY

Grantee: GREEN TREE SERVI
Instrument: 2010009153.027
# of Pages: 2