**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **SANDRA WATERS-LEVY**, | * |
| | * |
| Plaintiff, | * |
| v. | * Civil Action No: 1:11-cv-1192 |
| | * |
| **LAW OFFICES OF** | * |
| **SHAPIRO & BURSON, LLP** | * |
| | * |
| Defendants. | * |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Shapiro & Burson, LLP, in the above captioned action, certifies that there are no parents, trusts, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

                                                                                       Respectfully Submitted,
                                                                                      **SHAPIRO & BURSON, LLP**
                                                                                      By Counsel

By:    /s/ Bizhan Beiramee
Bizhan Beiramee, Esq., (VSB # 50918)
Bizhan Beiramee, Esq., P.C.
6663 B Old Dominion Drive,
Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600; Fax: (703) 483-9599
Email: bbeiramee@beiramee.com
*Counsel for the Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2011, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

>Matthew J. Erausquin, Esq.
>Leonard A. Bennett, Esq.
>Susan M. Rotkis, Esq.
>CONSUMER LITIGATION ASSOCIATES P.C
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Phone: (703) 273-7770; Fax: (888) 892-3512
>matt@clalegal.com
>lenbennett@clalegal.com
>srotkis@clalegal.com
>Counsel for the Plaintiffs
>
>Dale W. Pittman, Esq.
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.,
>The Eliza Spotswood House
>112-A West Tabb Street
>Petersburg, VA 23803
>Tel: (804) 861-6000; Fax: (804) 861-3368
>dale@pittmanlawoffice.com
>Counsel for the Plaintiffs
>
>Kristi C. Kelley, Esq.,
>Scott A. Surovell, Esq.
>SUROVELL, ISSACS, PETERSEN & LEVY, PLC
>4010 University Drive, Suite 200
>Fairfax, VA 22030
>Tel: (703) 277-9774; Fax: (703) 591-9285
>kkelly@siplfirm.com
>Counsel for the Plaintiffs

By: /s/ Bizhan Beiramee_____
    Bizhan Beiramee

4840-9761-7678, v. 1