**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**SANDRA WATERS-LEVY,**

    **Plaintiff,**

    v.                                        **CASE NO.  1:11-cv-01192**

**LAW OFFICES OF SHAPIRO & BURSON, LLP,**

    **Defendant.**

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Dale W. Pittman as counsel for Plaintiff Sandra Waters-Levy in the above-referenced matter. Mr. Pittman is admitted to practice before this Court.

                                               Respectfully submitted,
                                               Sandra Waters-Levy
                                               By Counsel

   /s/_____
By: Dale W. Pittman, VSB#15673
Counsel for Sandra Waters-Levy
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Bizhan Beiramee, Esquire
      Bizhan Beiramee, Esq., P.C.
      6663 B Old Dominion Drive,
      Third Floor
      McLean, Virginia 22101
      Counsel for Defendant

      /s/_____
      Dale W. Pittman, VSB #15673
      Attorney for Sandra Waters-Levy
      THE LAW OFFICE OF DALE W. PITTMAN, P.C.
      The Eliza Spotswood House
      112-A West Tabb Street
      Petersburg, VA 23803-3212
      (804) 861-6000
      (804) 861-3368 (Fax)
      dale@pittmanlawoffice.com