**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| SANDRA WATERS-LEVY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11cv1192 |
| | ) | |
| LAW OFFICES OF SHAPIRO & BURSON, LLP | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF HEARING**

Plaintiff, Sandra Waters-Levy, by counsel, hereby gives notice that on February 29, 2012 at 10:00 a.m., or as soon thereafter as it may be heard, she will bring her Motion to Transfer and to Consolidate before this Court for oral argument.

Respectfully submitted,
**SANDRA WATERS-LEVY**


_____/s/_____

Matthew J. Erausquin, VSB#65434
CONSUMER LITIGATION ASSOCIATES, PC
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com

Leonard A. Bennett, VSB#37523
Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, PC
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Tel:    757-930-3660
Fax:    757-930-3662
lenbennett@cox.net
srotkis@clalegal.com
Dale W. Pittman, VSB#15673
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St

Petersburg, VA 23803-3212
Tel:    804-861-6000
Fax:    804-861-3368
dale@pittmanlawoffice.com

Kristi Cahoon Kelly, VSB#72791
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel:    703-251-5400
Fax:    703-591-9285
kkelly@smillaw.com

*Counsel for the Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on the 17th day of February 2012, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Bizhan Beiramee
Bizhan Beiramee, ESquire, P.C.
6663 B Old Dominion Drive, 3rd Floor
McLean, Virginia 22101
Tel: 703-483-9600
Fax: 703-483-9599
bbeiramee@beiramee.com

*Counsel for the Defendant*

               /s/
            Matthew J. Erausquin, VSB#65434
            *Counsel for the Plaintiff*
            CONSUMER LITIGATION ASSOCIATES, P.C.
            1800 Diagonal Road, Suite 600
            Alexandria, VA  22314
            Tel: 703-273-7770
            Fax: 888-892-3512
            matt@clalegal.com