# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **SANDRA WATERS-LEVY**, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No: 1:11-cv-1192 |
| | * | |
| **LAW OFFICES OF** | * | |
| **SHAPIRO & BURSON, LLP** | * | |
| | * | |
| Defendants. | * | |

## DEFENDANT'S CONSENT TO TRANSFER VENUE AND TO CONSOLIDATE

Shapiro & Burson, LLP, by counsel, hereby consents to transfer venue to the Newport News Division of the Eastern District of Virginia and to consolidate this cases with *Moore, et al. v. Shapiro & Burson, LLP*, Civil No. 4:11-cv-122 (E.D.Va. 2011).

Respectfully Submitted,
**SHAPIRO & BURSON, LLP**
By Counsel

By:   */s/ Bizhan Beiramee*
Bizhan Beiramee, Esq., (VSB # 50918)
Bizhan Beiramee, Esq., P.C.
6663 B Old Dominion  Drive,
Third Floor
McLean, Virginia 22101
Phone: (703) 483-9600; Fax:  (703) 483-9599
Email: bbeiramee@beiramee.com
*Counsel for the Defendant*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of February, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Matthew J. Erausquin, Esq.
Leonard A. Bennett, Esq.
Susan M. Rotkis, Esq.
CONSUMER LITIGATION ASSOCIATES P.C
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Phone: (703) 273-7770; Fax: (888) 892-3512
matt@clalegal.com
lenbennett@clalegal.com
srotkis@clalegal.com
Counsel for the Plaintiffs

Dale W.Pittman,Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.,
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
Tel: (804) 861-6000; Fax: (804) 861-3368
dale@pittmanlawoffice.com
Counsel for the Plaintiffs

Kristi C. Kelley, Esq.,
Scott A. Surovell, Esq.
SUROVELL, ISSACS, PETERSEN & LEVY, PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Tel: (703) 277-9774; Fax: (703) 591-9285
kkelly@siplfirm.com
Counsel for the Plaintiffs

By:    */s/ Bizhan Beiramee*
       Bizhan Beiramee

4820-7278-1582, v. 1

2