IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Sandra Waters-Levy, ) ) ) Plaintiff, ) ) v. ) ) Law Offices of Shapiro & Burson, LLP, ) ) Defendant. ) | CASE NO. 1:11-cv-1192 |

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Transfer Venue and to Consolidate. Dkt. Nos. 24 & 26. For good cause shown, it is hereby

ORDERED that Plaintiff's Motion to Transfer Venue and to Consolidate is GRANTED and this case is transferred to the Newport News Division of the Eastern District of Virginia and to consolidate with *Moore, et al. v. Shapiro & Burson, LLP*, Civil No. 4:11-cv-122 (E.D. Va. 2011).

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 13th day of March, 2012.

Alexandria, Virginia
3/13/2012

/s/
Gerald Bruce Lee
United States District Judge